```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT OF VIRGINIA
                         ROANOKE DIVISION
```

| | |
|---|---|
| JONATHAN LEE RICHES, | ) Civil Action No. 7:08-cv-00148; 7:08-cv-00149; |
| | ) 7:08-cv-00150; 7:08-cv-00151; 7:08-cv-00152; |
| | ) 7:08-cv-00153; 7:08-cv-00154; 7:08-cv-00155; |
| | ) 7:08-cv-00156; 7:08-cv-00157; 7:08-cv-00158; |
| | ) 7:08-cv-00159; 7:08-cv-00160; 7:08-cv-00161; |
| v. | ) 7:08-cv-00162; 7:08-cv-00163; 7:08-cv-00166; |
| | ) 7:08-cv-00167; 7:08-cv-00168; 7:08-cv-00169; |
| | ) 7:08-cv-00170; 7:08-cv-00171 |
| | ) |
| | ) **FINAL ORDER** |
| | ) |
| VARIOUS RESPONDENTS. | ) By: Samuel G. Wilson |
| | ) United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that

1. Riches' complaints in the above-referenced civil actions are hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g);

2. Riches' requests to proceed in forma pauperis are **DENIED as MOOT**; and

3. The above-referenced cases will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 21yy day of February, 2008.

_____
United States District Judge

Dockets.Justia.com